[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Nov. 13, 2009
THOMAS K. KAHN
CLERK

No. 09-13298
Non-Argument Calendar

_____

D.C. Docket No. 94-03136–CR-3-RV-MD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARIO EUGENE PRIDE,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Florida

_____

(November 13, 2009)

Before EDMONDSON, BIRCH and COX, Circuit Judges

PER CURIAM:

Chet Kaufman, appointed counsel for Mario Eugene Pride in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Pride's conviction and sentence are **AFFIRMED**.